32409. HULETT et al. v. HULETT.

PER CURIAM.

There is no genuine issue of material fact and the trial court did not err in granting the motion for summary judgment.

*Judgment affirmed. All the Justices concur.*

ARGUED JUNE 14, 1977 — DECIDED SEPTEMBER 8, 1977 —
REHEARING DENIED SEPTEMBER 27, 1977.

*Rembert C. Cravey,* for appellants.
*Smith & Harrington, Will Ed Smith, E. Herman Warnock,* for appellee.